**Motion for Reconsideration Dismissed as Moot; Opinion of July 18, 2019 Withdrawn; Petition for Writ of Mandamus Denied; Order filed October 10, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00950-CV
_____

## IN RE SOMAIAH KHOLAIF, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No. 3**
**Harris County, Texas**
**Trial Court Cause No. 449677**

---

## ORDER

On October 30, 2018, relator Somaiah Kholaif filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In her petition, relator asked this court to compel the Honorable Rory R. Olsen, former presiding judge of the Probate Court No. 3 of Harris County, to vacate his order quashing her request for discovery.

With certain exceptions, to obtain mandamus relief a relator must show both that the trial court clearly abused its discretion and that the relator has no adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Relator has not shown that she is entitled to mandamus relief.

On July 18, 2019, we issued an opinion denying relator's petition for writ of mandamus. Relator has filed a motion for en banc reconsideration.

We sua sponte withdraw this court's July 18, 2019 opinion, issue this order pursuant to Texas Rule of Appellate Procedure 52.8(d), deny the petition for a writ of mandamus, and dismiss the motion for en banc reconsideration as moot without prejudice to relator's right to file a motion for rehearing or motion for en banc reconsideration.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Bourliot and Spain.